# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

SUN RAY VILLAGE OWNERS
ASSOCIATION,

    VS                                                      CASE NO.  3:06cv177/MCR/MD

OLD DOMINION INSURANCE COMPANY,

**REFERRAL AND ORDER**

Referred to Judge Rodgers on     May 23, 2007
Type of Motion/Pleading: JOINT MOTION FOR EXTENSION OF MEDIATION DEADLINE UNTIL 6/25/2007, AND DISPOSITIVE MOTIONS DEADLINE UNTIL 7/28/2007.
Filed by: PLAINTIFF AND DEFENDANT   on 5/22/07   Document 21
( X ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                                on             Doc.#
                                                on             Doc.#
                                                WILLIAM M. McCOOL, CLERK OF COURT

                                                /s/ Teresa Cole
                                                Deputy Clerk: Teresa Cole

**ORDER**

     Upon consideration of the foregoing, it is ORDERED this 24th day of May, 2007, that:

     The requested relief is GRANTED.

                                               s/ *M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **UNITED STATES DISTRICT JUDGE**