# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

SUN RAY VILLAGE OWNERS
ASSOCIATION,

    Plaintiff,

vs.                                        CASE NO.: 3:06cv177/MCR/MD

OLD DOMINION INSURANCE
COMPANY,

    Defendant.
_____/

## O R D E R

    This matter is presently scheduled on the court's trial docket commencing January 22, 2008.  Since scheduling this trial, the undersigned has been called upon to attend administrative court matters in another district during the month of January.  Due the conflicting matters on the court's calendar, as well as the pending dispositive motion, the trial in this case will be continued to the two-week trial docket commencing April 21, 2008.  Any party with a conflict during that trial period may file a notice to that effect within 14 days of the date of this order, and such notice will be given such consideration as may be appropriate.

    **DONE and ORDERED** on this 27th day of November, 2007.

                                                s/ *M. Casey Rodgers*

                                             **M. CASEY RODGERS**
                                             **UNITED STATES DISTRICT JUDGE**