**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

SUN RAY VILLAGE ASSOCIATION

    VS                                        CASE NO.  3:06CV177-MCR/MD

OLD DOMINION INSURANCE
COMPANY

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on January 21, 2009
Motion/Pleadings: MOTION FOR STATUS CONFERENCE WITH THE COURT (to discuss the status of the payment of the award of costs)
Filed by DEFENDANT        on 12/30/08        Doc.# 79
RESPONSES:
                                      on _____   Doc.# _____
                                      on _____   Doc.# _____

_____ Stipulated        _____ Joint Pldg.
_____ Unopposed         _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

## ORDER

    Upon consideration of the foregoing, it is ORDERED this 22nd day of January, 2009, that:

    The relief requested is DENIED at this time.  Within ten (10) days of today's date, plaintiff's counsel Corrine Heller shall contact defendant's counsel regarding payment of the court awarded costs and file a notice with the court documenting the communication and status of the cost payment.

                                                      *s/ M. Casey Rodgers*
                                                      **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**

Document No.